CHESAPEAKE INS. CO. (BUCK v.). See Case No. 2,078.

## Case No. 2,644.

### CHESAPEAKE & O. CANAL CO. v. BARCROFT et al.

### [4 Cranch, C. C. 659.] [1]

Circuit Court, District of Columbia. Nov. Term, 1835.

CONFESSION OF SUPERSEDEAS JUDGMENT.

An execution upon a supersedeas judgment, confessed more than two months after the date of the original judgment, will be quashed.

---

[1] [Reported by Hon. Samuel Blatchford, District Judge, and here reprinted by permission.]
[2] [Affirming Case No. 2,642.]

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT (nem. con.) quashed the execution in 'this case, because the supersedeas judgment, upon which it was issued, was not confessed until after the expiration of two months after the original judgment. See the following cases heretofore decided by this court, namely, Hodgson v. Mountz, at December term, 1806 [Case No. 6,569]; Smith v. Middleton, April term, 1821 [Id. 13,079]; Mandeville v. Love, October term, 1821 [Id. 9,012]; McSherry v. Queen, April term, 1823 [Id. 8,926]; Holmes v. Bussard, April term, 1823 [Id. 6,636]; and Thomas v. Elliot, October term, 1823 [Id. 13,896].